UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

CHARLES HOWARD ROBERTS,

    Petitioner,

v.                               3:06-cv-137

ROANE COUNTY CIRCUIT COURT,
ROANE COUNTY CRIMINAL COURT,
ROANE COUNTY GENERAL SESSIONS
COURT, and ROANE COUNTY JAIL,

    Respondents.

## JUDGMENT ORDER

In accordance with the accompanying Memorandum and Order, the petition for the writ of habeas corpus is **DENIED** and this action is **DISMISSED**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is hereby **DENIED**. The court further **DENIES** the petitioner leave to proceed *in forma pauperis* on appeal.

**E N T E R:**

                                              s/ Thomas W. Phillips
                                              United States District Judge